IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| BRENDA LEE SHUGART, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration, | ) ) ) ) |
| Defendant. | ) Civil Action No. 1:15-CV-158-C |

## ORDER

Plaintiff appealed an adverse decision of Defendant, Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, pursuant to 42 U.S.C. § 405(g). The United States Magistrate Judge entered a Report and Recommendation. Neither party has filed written objections.

It is, therefore, **ORDERED** that the findings and conclusions in the Report and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court and that the above-styled and -numbered cause is hereby **DISMISSED with prejudice.**

Dated this 3rd day of June, 2016.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE